IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-2484 T
(Judge Wolski)

MORGAN L. NEWSOM,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's order dated October 26, 2004, the parties, by defendant for itself and on behalf of plaintiff, submit the following report.

To date, the parties have not been able to reach a tentative basis for settling this case. Accordingly, the parties propose the following schedule of pretrial filings under RCFC Appendix A, paragraphs 13 through 17.

1. The parties will exchange exhibits and witness lists on or before February 4, 2005. (App. A, ¶ 13.)

2. Plaintiff's Memorandum of Contentions of Fact and Law, final witness list, and final exhibit list shall be filed and served on or before March 4, 2005. (App. A, ¶¶ 14(a), 15, 16.)

3. Defendant's Memorandum of Contentions of Fact and Law, final witness list, and final exhibit list shall be filed and served on or before April 5, 2005. (App. A, ¶¶ 14(b), 15, 16.)

4. After the Court's receipt and review of the parties' pretrial filings listed in paragraphs 2 and 3 above, a telephonic pretrial conference will be scheduled to discuss, *inter alia*, a trial schedule.

The parties agree that all exhibits and witnesses will be disclosed in the pretrial submissions listed in paragraphs 2 and 3 above, and that any witness not so disclosed will not be permitted to testify, and any exhibit not so disclosed will not be admitted in evidence.

The parties will attempt in good faith to stipulate undisputed facts in order to lessen the time and expense of trial proceedings. The parties will endeavor to file any such stipulations 30 days prior to trial.

Plaintiff's attorney has reviewed and participated in drafting this report and the proposed pretrial schedule, and joins with defendant in filing it.

Respectfully submitted,

s/ ELIZABETH D. SEWARD
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6508

EILEEN J. O'CONNOR
Assistant Attorney General
MILDRED L. SEIDMAN
Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Assistant Chief

December 6, 2004