# In the United States Court of Federal Claims

No. 03-2484T
(Filed December 16, 2004)

* * * * * * * * * * * * * * * * * * * * * * *

**MORGAN L. NEWSOM,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On December 10, 2004, the Clerk's Office received, in paper format, the plaintiff's counsel's motion to withdraw as counsel. On November 8, 2004, this case was designated, pursuant to General Order No. 42, as an electronic case in the CM/ECF system. The Clerk's Office therefore rejected the plaintiff's counsel's paper submission because not in electronic format. The plaintiff's counsel does not have an ECF account. Rather than requiring him to obtain one simply for the purposes of filing a motion to withdraw from representation, the Court, for good cause shown, shall grant leave for the motion to be filed in paper format. The Clerk is directed to file the plaintiff's counsel's motion as submitted.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge