# In the United States Court of Federal Claims

No. 03-2484T
(Filed December 16, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
*
**MORGAN L. NEWSOM,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On December 10, 2004, the plaintiff's counsel submitted to this Court his motion to withdraw from the representation of his client. Counsel states that he and the plaintiff "have reached an impasse concerning continued representation in this matter related to the payment of fees for representation." Rule 83.1(c)(6) ("Withdrawal of Attorney") of the Rules of the United States Court of Federal Claims requires that a plaintiff's attorney of record who seeks to withdraw must (A) file a motion to that effect and (B) serve notice on his client.

Both (A) and (B) have been accomplished, and so for good cause shown the Court **GRANTS** counsel's motion to withdraw from the plaintiff's representation. The Clerk of Court is directed to send a paper copy of this order to counsel and the plaintiff.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge