# In the United States Court of Federal Claims

No. 03-2484T
(Filed December 16, 2004)

* * * * * * * * * * * * * * * * * * * * * * *
*
**MORGAN L. NEWSOM,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On December 6, 2004, the parties submitted their Joint Status Report notifying the Court of unsuccessful settlement negotiations and proposing a schedule of pre-trial filings. The Court adopts the parties' proposed schedule as follows:

1. The parties shall exchange exhibits and witness lists on or before February 4, 2005.
2. The plaintiff's Memorandum of Contentions of Fact and Law, final witness list and final exhibit list shall be filed and served on or before March 4, 2005.
3. The defendant's Memorandum of Contentions of Fact and Law, final witness list and final exhibit list shall be filed and served on or before April 5, 2005.
4. Following the Court's receipt and review of the parties' pre-trial filings listed above in paragraphs two and three, a pre-trial conference by telephone will be held to discuss a trial schedule and related matters.

The Court recognizes that the schedule adopted herein may need to be adjusted in light of the plaintiff's counsel's withdrawal from the case. If such an adjustment be necessary, the parties shall file a Joint Status Report so informing the Court. The Clerk of Court is directed to send a paper copy of this order to counsel and the plaintiff.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge