# In the United States Court of Federal Claims

No. 03-2484T
(Filed April 8, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**MORGAN L. NEWSOM, *pro se*,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court is in receipt of the plaintiff's stipulation of dismissal with prejudice, submitted in hard copy. The Clerk of Court is directed to file the plaintiff's stipulated dismissal. Pursuant to that stipulation, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, including any attorney's fees or other expenses of this litigation. The Clerk of Court is also directed to send a paper copy of this order to the plaintiff.

**IT IS SO ORDERED.**

/s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge